# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 08-3411

_____

| | | |
|---|---|---|
| Wendell Dwayne O'Neal, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Shari Moore, St. Paul City Clerk; Pete | * | |
| Crum, St. Paul Police Officer; Yileng | * | [UNPUBLISHED] |
| Vang, St. Paul Police Officer; Nikkole | * | |
| Graupman, St. Paul Police Officer; | * | |
| John Choi, St. Paul City Attorney; | * | |
| City of St. Paul, jointly, severally, | * | |
| officially, as agents, and municipality, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: November 17, 2009
Filed:  December 11, 2009

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Wendell O'Neal appeals the adverse judgment entered in this action alleging civil rights and other violations stemming from O'Neal's arrest and conviction for trespassing in August 2005, and his subsequent efforts to obtain records related to the

incident.  Following careful de novo review of the district court's[1] judgment and O'Neal's arguments on appeal, we conclude that O'Neal did not rebut defendants' evidence demonstrating they were entitled to summary judgment.  Accordingly, we affirm.  See 8th Cir. R. 47B.  O'Neal's pending motions are denied.

_____

[1]The Honorable Ann D. Montgomery, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Janie S. Mayeron, United States Magistrate Judge for the District of Minnesota.